**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000547
20-MAY-2020
09:54 AM**

NO. CAAP-19-0000547


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


CHARLES K. GRACE, Claimant-Appellant/Appellant, v.
YETT PROPERTY MANAGEMENT, LLC, Employer-Appellee/Appellee,
and FIRST INSURANCE COMPANY OF HAWAII, LTD.,
Insurance Carrier-Appellee/Appellee, and
SPECIAL COMPENSATION FUND, Appellee/Appellee


APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2019-004; DCD NO. 2-12-45419)


ORDER DISMISSING APPEAL
(By: Ginoza, Chief Judge, Leonard and Chan, JJ.)

Upon review of the record, it appears that:

(1) On July 23, 2019, self-represented Claimant-Appellant/Appellant Charles K. Grace (Grace) conventionally filed the notice of appeal with the Labor and Industrial Relations Appeals Board (LIRAB);

(2) On July 30, 2019, the LIRAB clerk electronically filed the notice of appeal to create the appeal in CAAP-19-0000547;

(3) On October 16, 2019, the LIRAB clerk filed the record on appeal, and the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before October 28, 2019, and November 25, 2019, respectively;

(4) Grace failed to file either document or request an extension of time;

(5) On April 9, 2020, the appellate clerk notified Grace that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on April 20, 2020, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and Grace could request relief from default by motion; and

(6) Grace took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, May 20, 2020.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge